STEPHEN J. ROTH v. FREDERICK W. VOGEL, *ET AL.*

July 7, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BLOUNT.

July 7, 1971.  Petition for certification granted.

STATE OF NEW JERSEY v. ALFRED GRAZIANO, *ET AL.*

July 7, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. HERMAN NASH.

July 7, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. RALPH BAKER.

July 7, 1971.  Petition for certification denied.

JULIA SADOFSKI, *ADMX.*, v. JANET B. WILLIAMS, *ET AL.*

July 7, 1971.  Petition for certification granted.